MOLLY M. WHITE, Cal. Bar No. 171448
Email: whitem@sec.gov
MORGAN B. WARD DORAN, Cal. Bar No. 246107
Email: warddoranm@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
John M. McCoy III, Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone:  (323) 965-3998
Facsimile:  (323) 965-3908

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  vs.<br><br>BROOKSTREET SECURITIES CORP. and STANLEY C. BROOKS,<br><br>  Defendants. | Case No.  SA 8:09-cv-1431-DOC (ANx)<br><br>**FINAL JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF AGAINST DEFENDANTS BROOKSTREET SECURITIES CORP. AND STANLEY C. BROOKS** |

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission ("Commission") filed a Motion for Summary Judgment Against Defendants Brookstreet Securities Corp. and Stanley C. Brooks ("Motion"). The Motion came before the Court, and the Court, having considered the Motion, the Memorandum of Points and Authorities and other documents filed in support of the Motion, finds that:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commission's Motion for Summary Judgment Against Defendants Brookstreet Securities Corp. and Stanley C. Brooks is granted.

## II.

IT IS FURTHER OREDERED, ADJUDGED AND DECREED that Brookstreet Securities Corp.'s and/ or Stanely C. Brooks's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5, by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or

would operate as a fraud or deceit upon any person.

### III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Stanley C. Brooks is liable for disgorgement of $90,000, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $20,713.31, and a civil penalty in the amount of $10,010,000, pursuant to Section 21(d)(3)(A) of the Exchange Act, 15 U.S.C. § 78(d)(3)(A). The civil penalty amount reflects the maximum third-tier penalty of $130,000 for each violation established by the undisputed evidence in support of the Commission's motion for summary judgment, with the sales to each of the 77 investor victims who purchased collateralized mortgage obligations from former Brookstreet Securities Corp. registered representatives, Travis Branch, Troy Gagliardi, and Steve Shrago, each constituting a single violation. Stanley C. Brooks shall satisfy this obligation by paying $10,120,713.31 within 14 days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying Stanley C. Brooks as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Stanley C. Brooks shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

### IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this

1  Court shall retain jurisdiction of this matter for the purposes of enforcing the terms
2  of this Final Judgment.
3
4  Dated:  _February 28, 2012
                                                  HONORABLE DAVID O. CARTER
                                                  UNITED STATES DISTRICT JUDGE