| | |
|---|---|
| 1 | H Thomas Fehn - SBN 43341 |
|   |   TomFehn@ffandslaw.com |
| 2 | Gregory J. Sherwin - SBN 69395 |
|   |   GregSherwin@ffandslaw.com |
| 3 | Orly Davidi - SBN 260241 |
|   |   OrlyDavidi@ffandslaw.com |
| 4 | FIELDS, FEHN & SHERWIN |
|   | 11755 Wilshire Boulevard, 15th Flr. |
| 5 | Los Angeles, CA 90025-1521 |
|   | Telephone: (310) 473-6338 |
| 6 | Facsimile : (310) 473-8508 |

Attorneys for Defendants/Appellants
BROOKSTREET SECURITIES CORP.
and STANLEY C. BROOKS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **District Court Case No.: SACV 09-01431-DOC (ANx)** |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL BY DEFENDANTS/APPELLANTS BROOKSTREET SECURITIES CORP. AND STANLEY C. BROOKS** |
| BROOKSTREET SECURITIES CORP. and STANLEY C. BROOKS, | |
| Defendants. | |

Defendants Brookstreet Securities Corp. and Stanley C. Brooks appeal to the United States Court of Appeals for the Ninth Circuit from the Final Judgment of the district court, dated February 28, 2012, and entered in the docket in this case on March 1, 2012, and all interlocutory orders that gave rise to the judgment, including but not limited to the Order denying Stipulation to Continue Hearing on Motion for Summary Judgment (entered 1/30/2012), the Order denying Defendants' Ex Parte Application to Continue Hearing on Plaintiff's Motion for

Summary Judgment (entered 2/10/2012), and the Order Granting Unopposed Motion for Summary Judgment etc. (entered 2/22/2012).

    Defendants also appeal from the Order Reconsidering Prior Order, But Once Again Granting Plaintiff's Motion for Summary Judgment, dated June 29, 2012 and entered on July 2, 2012.

```
                                    FIELDS, FEHN & SHERWIN
                                    H THOMAS FEHN
                                    GREGORY J. SHERWIN
                                    ORLY DAVIDI


Dated: July 30, 2012            By: /s/ Gregory J. Sherwin
                                    GREGORY J. SHERWIN,
                                    Attorneys for Appellants
                                    BROOKSTREET SECURITIES,
                                    CORP. and STANLEY C. BROOKS
```