1 │ JOHN W. BERRY, Cal. Bar No. 295760
2 │ Email: berryj@sec.gov
  │ MORGAN B. WARD DORAN, Cal. Bar No. 246107
3 │ Email: warddoranm@sec.gov

4 │ Attorneys for Plaintiff
  │ Securities and Exchange Commission
5 │ Michele Wein Layne, Regional Director
  │ Lorraine B. Echavarria, Associate Regional Director
6 │ John W. Berry, Regional Trial Counsel
  │ 444 South Flower Street, Suite 900
7 │ Los Angeles, California 90071
  │ Telephone: (323) 965-3998
8 │ Facsimile: (213) 443-1904

9 │ **UNITED STATES DISTRICT COURT**

10 │ **CENTRAL DISTRICT OF CALIFORNIA**

11 │ SECURITES AND EXCHANGE
   │ COMMISSION,
12 │
   │                                  Case No. SA 8:09-cv-1431-DOC (ANx)
13 │            Plaintiff,            **NOTICE OF MOTION AND**
   │                                  **MOTION BY PLAINTIFF**
14 │     vs.                          **SECURITIES AND EXCHANGE**
   │                                  **COMMISSION FOR FINAL**
15 │ BROOKSTREET SECURITIES CORP.     **JUDGMENT OF CIVIL PENALTIES**
   │ and STANLEY C. BROOKS,           **AGAINST DEFENDANT STANLEY**
16 │                                  **C. BROOKS**
   │            Defendants.
17 │                                  **Date:**  December 15, 2014
   │                                  **Time:**  8:30 A.M.
18 │                                  **Place:** Courtroom 9D
   │                                             (Honorable David O. Carter)
19 │
20 │
21 │
22 │
23 │
24 │
25 │
26 │
27 │
28 │

**TO ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission (the "SEC") will, and hereby does, move for Final Judgment on the remaining monetary relief issues in this case. The SEC's motion will be heard on December 15, 2014, at 8:30 a.m., before the Honorable David O. Carter in Courtroom 9D, in the Santa Ana Federal Courthouse, located at 411 W. Fourth Street, Santa Ana in California, or as soon thereafter as the parties may be heard.

This motion is based on the SEC's Memorandum of Points and Authorities in Support of Motion for Final Judgment of Civil Penalties against Defendant Stanley C. Brooks, the Declaration of John W. Berry, the SEC's Supplemental Statement of Uncontroverted Facts in Support of Its Motion Final Judgment of Civil Penalties against Defendant Stanley C. Brooks, the SEC's initial Separate Statement of Uncontroverted Facts and Conclusions of Law Supporting Motion for Summary Judgment against Brookstreet Securities Corp. and Stanley C. Brooks (Dkt. No. 17), and any additional evidence or argument that the Court may consider. By its motion, the SEC seeks a Final Judgment directing Defendant Stanley C. Brooks to pay civil penalties in the amount of $6,360,000.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 30, 2014.

Dated: November 17, 2014         _/s/ Morgan B. Ward Doran_
                                 Morgan B. Ward Doran
                                 Attorney for Plaintiff
                                 U.S. Securities and Exchange Commission

1

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION, 444 South Flower Street, Suite 900, Los Angeles, California 90071

Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On November 17, 2014, I caused to be served the document entitled **PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION FOR FINAL JUDGMENT OF CIVIL PENALTIES AGAINST DEFENDANT STANLEY C. BROOKS** on all the parties to this action addressed as stated on the attached service list:

[ ]   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]   **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ]   **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ]   **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ]   **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X]   **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ]   **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  November 17, 2014                         */s/ Morgan B. Ward Doran*
                                                 Morgan B. Ward Doran

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SEC v. BROOKSTREET SECURITIES CORP., et al.**
**United States District Court – Central District of California**
**Case No. SACV 09-1431 DOC (ANx)**
**(LA-3388)**

**SERVICE LIST**

H. Thomas Fehn
Gregory Sherwin
Fields Fehn & Sherwin
11755 Wilshire Blvd 15th Fl
Los Angeles, CA 90025-1521
(310) 473-6338
TomFehn@ffandslaw.com
GregSherwin@ffandslaw.com

*Attorneys for Defendants Brookstreet Securities Corp.*
*and Stanley C. Brooks*