JOHN W. BERRY, Cal. Bar No. 295760
Email: berryj@sec.gov
MORGAN B. WARD DORAN, Cal. Bar No. 246107
Email: warddoranm@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Lorraine B. Echavarria, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 South Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BROOKSTREET SECURITIES CORP. and STANLEY C. BROOKS,<br><br>　　　　Defendants. | Case No.  SA 8:09-cv-1431-DOC (ANx)<br><br>**FINAL JUDGMENT OF CIVIL PENALTIES AGAINST DEFENDANT STANLEY C. BROOKS** |

　　This matter having come before the Court on the Plaintiff Securities and Exchange Commission's (the "SEC") Motion for Final Judgment of Civil Penalties against Defendant Stanley C. Brooks, and this Court having previously found Defendant Brooks liable as a controlling person under Section 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78t(a) and permanently enjoining him from further violations of the federal securities laws. (Dkt. No. 60). Having considered the SEC's motion, the aforementioned facts, and all documents filed in support and against the motion:

1         IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Stanley C. Brooks is liable for a civil penalty in the amount of $5,880,000 pursuant to Section 21(d)(3)(A) of the Exchange Act, 15 U.S.C. § 78(d)(3)(A).  Brooks shall satisfy this obligation by paying $5,880,000 within 14 days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, and shall be accompanied by a letter identifying Stanley C. Brooks as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment.  Brooks shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.  The SEC shall remit the funds paid pursuant to this paragraph to the United States Treasury.

          IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated:  December 22, 2014

*David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE